986

No. 76–5628.   SAVAGE v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 76–5630.   FELDER ET AL. v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 76–5636.   CLUCK v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 76–312.   ALCAN SALES, DIVISION OF ALCAN ALUMINUM CORP. v. UNITED STATES.   C. C. P. A.   Certiorari denied. MR. JUSTICE REHNQUIST took no part in the consideration or decision of this petition.

No. 76–432.   WHITE ET AL. v. ARTHUR MURRAY, INC.   Sup. Ct. Utah.   Certiorari denied.   MR. JUSTICE BLACKMUN would grant certiorari.

No. 76–448.   BLUE CROSS MUTUAL HOSPITAL INSURANCE, INC., ET AL. v. JENKINS.   C. A. 7th Cir.   Certiorari denied. MR. JUSTICE STEWART would grant certiorari.   MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 76–5231.   GIBSON v. GEORGIA;
No. 76–5404.   ISAACS v. GEORGIA;
No. 76–5455.   DUNGEE v. GEORGIA; and
No. 76–5530.   STEPHENS v. GEORGIA.   Sup. Ct. Ga.   Certiorari denied.   MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari and vacate judgments insofar as they leave undisturbed the sentences of death.   See Gregg v. Georgia, 428 U. S. 153, 227 (1976) (BRENNAN, J., dissenting); id., at 231 (MARSHALL, J., dissenting).